UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

*Motion GRANTED for extension to 5/16/14.*

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 3:13-00146 |
| | ) JUDGE TRAUGER |
| RICHARD EARL GRAYBEAL | ) |

### MOTION TO EXTEND TIME FOR FILING PRETRIAL MOTIONS

Through counsel, defendant Graybeal moves to extend the time for filing pretrial motions until May 14, 2014. This matter is set for trial on May 20, 2014. Mr. Graybeal is being held in Grayson County, Kentucky, pending resolution of this matter.

In support of this motion, counsel would show the following: The parties are in negotiations and believe that this matter will be settled by an agreed disposition. Counsel files this motion to preserve Mr. Graybeal's right to file pretrial motions in the event that this matter cannot be settled. Counsel plans to meet with Mr. Graybeal to finalize discussions on May 14, 2014. If the parties do not reach an agreed disposition, defense counsel would anticipate seeking a continuance in order to litigate a pretrial issue and prepare for a trial.

Respectfully submitted,

/s/ *Caryll S. Alpert*
CARYLL S. ALPERT (BPR#017021)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047
E-mail: Caryll_Alpert@fd.org

Attorney for Richard Earl Graybeal